# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2011

143251

CHANDRA JOHNSON and ELISHA
JACKSON, JR., as Personal Representative
of the Estate of Richard Anthony Jackson,
Deceased,
        Plaintiffs-Appellees,

v

PETER ABRAMS, JR. and EMCEA
TRANSPORT,
        Defendants-Appellants,
and

TITAN INSURANCE COMPANY,
        Defendant,
and

DETROIT MEDICAL CENTER,
        Defendant-Appellee.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143251
COA: 287906
Wayne CC: 07-701656-NI

On order of the Court, the application for leave to appeal the February 24, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2011

*Corbin R. Davis*

Clerk

t0928